**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-21420-CMB |
| | : | |
| **DONALD GILLECE, SR.,** | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | RELATED TO DOCUMENT NO. 7 |
| **DONALD GILLECE, SR.,** | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | |
| vs. | : | |
| | : | |
| **AMERICAN INFO SOURCE,** | : | |
| **ASSET ACCEPTANCE,** | : | |
| **CAPITAL ONE,** | : | |
| **FAY SERVICING,** | : | |
| **FIA CARD SERVICES,** | : | |
| **GUARDIAN PROTECTION,** | : | |
| **INTERNAL REVENUE SER.,** | : | |
| **JPMORGAN CHASE,** | : | |
| **LVNV FUNDING,** | : | |
| **RESURGENT CAPITAL,** | : | |
| **MARRINER JONES & FITCH,** | : | |
| **MIDLAND FUNDING,** | : | |
| **PA DEPT OF REVENUE,** | : | |
| **QUANTUM3 GROUP,** | : | |
| **SPRINT,** | : | |
| **WEST PENN POWER,** | : | |
| RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| and | : | |
| | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| ADDITIONAL | : | |
| RESPONDENT | : | |

**ENTERED BY DEFAULT**

**<u>ORDER</u>**

**AND NOW**, on this <u>2nd</u> day of <u>May</u>, <u>2018</u>, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the

Automatic Stay of 11 U.S.C. § 362 (a) is hereby imposed to all named respondents for the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. § 362 (c)(1) or (c ) (2), or a motion for relief is granted under § 362 (d), or until further order of Court.

BY THE COURT,

Carlota M. Bohm
U.S. Bankruptcy Judge

dms

FILED
5/2/18 8:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-21420-CMB
Donald Gillece, Sr.                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: May 02, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2018.
db              +Donald Gillece, Sr.,   220 Main Road,   West Alexander, PA 15376-2452

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2018                              Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2018 at the address(es) listed below:
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Donald  Gillece, Sr. ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4